148 A.3d 726

VOTERS ORGANIZED FOR THE INTEGRITY
OF CITY ELECTIONS et al.

v.

BALTIMORE CITY ELECTIONS BOARD et al.

No. 60, Sept. Term, 2016

Court of Appeals of Maryland.

November 7, 2016

J. Wyndal Gordon (Law Office of J. Wyndal Gordon, P.A.; Latoya Francis-Williams, Law Office of A. Dwight Pettit, P.A., Baltimore, MD) all on brief, for Appellants.

Julia Doyle Bernhardt, Assistant Attorney General (Brian E. Frosh, Attorney General of Maryland, Jeffrey L. Darsie, Assistant Attorney General, Ann MacNeille, Assistant Attorney General, Baltimore, MD) all on brief, for Appellees.

Barbera, C.J., Greene, Adkins, McDonald, Watts, Hotten, Alan M. Wilner (retired, specially assigned), JJ.

PER CURIAM ORDER

It is this 7th day of November, 2016, upon consideration of the briefs, record and oral arguments in the above matter by the Court

ORDERED, by the Court of Appeals of Maryland, that the appeal of the temporary restraining order (TRO) be, and it is hereby, dismissed, and it is further

ORDERED, that the case will be remanded to the Circuit Court for Baltimore City with directions to consider the request for declaratory judgment after an opinion has been issued by this Court in these proceedings.